ANITA CECERE ET AL. *v.* HI-TECH FORMING
SYSTEMS, INC., ET AL.
(9628)

SPALLONE, HEIMAN and CRETELLA, Js.

Argued April 29—decision released May 14, 1991

*Otto P. Witt,* for the appellants (plaintiffs).
*David Tilles,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.